435 A.2d 271

Commonwealth v. Rucker, Appellant.

Petition for Allowance of Appeal Granted Sept. 9, 1981.
See 476 Pa.

Submitted September 11, 1980. Elias B. Landau, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

435 A.2d 272

Commonwealth v. Shupe, Appellant.

Submitted April 16, 1980. David G. Matson, for appellant; Jackson W. Casey, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.